**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| v. | *   **Crim. No. 02-214(SEC)** |
| DAVID VAZQUEZ-RIOS, et al. | * |
| Defendants | * |

**ORDER**

The United States has informed the Court that it has reached a stipulated settlement agreement ("Settlement Agreement") with Claimant, R & G Mortgage Corporation, as to the sale of the defendant property subject to forfeiture (Docket # 684). The Court has reviewed the Settlement Agreement and the same is hereby **APPROVED**.

**SO ORDERED.**
In San Juan, Puerto Rico, this 2nd day of February, 2006.

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge